**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>BETH P. GESNER<br>UNITED STATES MAGISTRATE JUDGE | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-4288<br>(410) 962-3844 FAX |

November 3, 2009

| | |
|---|---|
| H. Briggs Bedigian, Esquire<br>Keith D. Forman, Esquire<br>Law Offices of Wais & Vogelstein<br>25 Crossroads Drive<br>Suite 400<br>Owings Mills, Maryland 21117 | E. Philip Franke, III, Esquire<br>Joan Cerniglia-Lowensen, Esquire<br>Ace McBride, Esquire<br>Baxter, Baker, Sidle, Conn & Jones PA<br>120 E. Baltimore Street, Suite 2100<br>Baltimore, Maryland 21202 |

Subject: <u>Andrea Wilkie v. Zahid Aslam, M.D., et al.</u>
Civil Action No.: BPG-08-1425

Dear Counsel:

This letter is to confirm the results of today's pretrial conference and motions hearing. For the reasons stated on the record:

1. Defendants' Motion for Separate Trials (Paper No. 89) is **GRANTED AS UNOPPOSED**.

2. Defendants' Motion *in Limine* to Preclude Arguments or Testimony at Trial that the Medical Records have been Altered or are False (Paper No. 73) is **DENIED**.

3. Defendants' Motion *in Limine* to Exclude Evidence Testimony or Reference at Trial to the Fact that Dr. Aslam is Muslim and to Exclude any Evidence or Testimony Regarding His Muslim Beliefs (Paper No. 74) is **GRANTED AS UNOPPOSED**. In her opposition (Paper No. 84), plaintiff requested that defendants' motion be denied to the extent that defendants are seeking to exclude testimony, evidence, or reference to Dr. Aslam's alleged "anti-abortion" views. At today's pretrial conference and motions hearing, however, plaintiff's counsel represented that plaintiff would not raise this issue at trial. Accordingly, defendants' motion will also be **GRANTED AS UNOPPOSED** to the extent that it seeks exclusion of any testimony, evidence, or reference to Dr. Aslam's alleged "anti-abortion" views.

4. Defendants' Motion *in Limine* to Exclude Standard of Care Testimony of Jane E. Corteville, M.D. Pertaining to the Failure to Order a Targeted Ultrasound (Paper No. 75) is **GRANTED AS UNOPPOSED.**

5. Plaintiff's Motion *in Limine* to Exclude from Trial Any Evidence, Testimony or Reference

<u>Andrea Wilkie v. Zahid Aslam, M.D., et al.</u>
Civil Action No.: BPG-08-1425
November 3, 2009
Page 2

>to the Fact that the Plaintiff would have Elected to Have an Abortion (Paper No. 96) is **DENIED.**
>
>In addition, plaintiff will notify the undersigned and defendants whether plaintiff will call Dr. Corteville to testify during the liability phase of the trial by **noon on Wednesday, November 4, 2009.** If plaintiff is going to call Dr. Corteville, defendants should advise the undersigned and plaintiff of the identity or identities of any defense expert(s) by **noon on Thursday, November 5, 2009**. Finally, this will also confirm that counsel will report to my chambers at **9:15 a.m. on Monday, November 9, 2009.**
>
>Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

>>Very truly yours,
>>
>>/s/
>>
>>Beth P. Gesner
>>United States Magistrate Judge