IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDREA WILKIE,                         *

      Plaintiff,                   *

                                  Civil Action No. BPG-08-1425

v.                                     *

ZAHID ASLAM, M.D., ET AL.,             *

                             *

      Defendants.
                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JURY VERDICT SHEET

1. Do you find that plaintiff Andrea Wilkie has proven, by a preponderance of the evidence, that defendant Zahid Aslam, M.D., was negligent, that is, that he deviated from the applicable standard of care in his care and treatment of plaintiff by failing to inform plaintiff of her positive triple screen test and failing to recommend genetic counseling and amniocentesis to plaintiff after informing her of the positive triple screen test?

_____ Yes          **NO** (circled) No

If your answer to Question No. 1 is "NO," please stop here. If your answer to Question No. 1 is "YES," please proceed to Question No. 2.

2. Do you find that plaintiff Andrea Wilkie has proven, by a preponderance of the evidence, that (1) had plaintiff been informed of the triple screen test results she would have elected to have amniocentesis, which the parties agree would have revealed Down Syndrome; and (2) plaintiff would have elected to terminate her pregnancy had she known the baby would be born with Down Syndrome?

_____ Yes          _____ No

**SIGNATURE REDACTED**

November  _10_ , 2009                    Foreperson for the Jury